BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CERTAIN UNDERWRITERS AT LLOYD'S LONDON COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | MDL DOCKET NO. 2961 |

## RJH MANAGEMENT CORP.'S RESPONSE TO ORDER TO SHOW CAUSE

RJH Management Corp. ("RJH") is the Plaintiff in the action styed: *RJH Management Corp. d/b/a Golden Corral v. Certain Underwriters at Lloyd's, London Subscribing to Policy Certificate No. TNR 19 8538*, Case No. 3:20-cv-03143-SEM-TSH (C.D. Ill.) (the "Central District of Illinois Action").

RJH respectfully responds to the Panel's Order to Show Cause entered August 12, 2020 (ECF #3), as follows:

The Parties to the Central District of Illinois Action have settled the action and expect that the action will soon be dismissed with prejudice. In the event the action is not dismissed as expected, RJH will promptly seek leave of the Panel to file a substantive response to the Order to Show Cause.

Dated: August 26, 2020

*/s/ Joseph M. Vanek*
Joseph M. Vanek
Greg Shinall
Gregg Hague
John Bjork
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
Tel: 312-641-3200
jvanek@sperling-law.com

*Counsel for Plaintiff*
*RJH Management Corp.*

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CERTAIN UNDERWRITERS AT LLOYD'S LONDON COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | MDL DOCKET NO. 2961 |

PROOF OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that Plaintiff RJH Management Corp.'s **Response to the Order to Show Cause** and Proof of Service were filed with the Court's CM/ECF system on August 26, 2020, which sends a service copy to all registered parties in the action at their associated email addresses.

Dated:  August 26, 2020

/s/ Joseph M. Vanek
Joseph M. Vanek
Greg Shinall
Gregg Hague
John Bjork
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
Tel: 312-641-3200
jvanek@sperling-law.com

*Counsel for Plaintiff*
*RJH Management Corp*