BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | MDL No. 2961 |

**PLAINTIFF 632 METACOM, INC. D/B/A HOMETOWN TAVERN
REPLY BRIEF IN SUPPORT OF TRANSFER PURSUANT TO
28 U.S.C. § 1407 IN THE SOUTHERN DISTRICT OF NEW YORK**

Plaintiff 632 Metacom, Inc. d/b/a Hometown Tavern files this reply in support of pretrial consolidation. Consensus among plaintiffs and a restaurant trade group responding to the Panel's order is that consolidation for pretrial proceedings is appropriate. *See* Docs. 10, 37, 59, 61, 67, 68, 70.  Plaintiff 632 Metacom supports consolidation of the Lloyd's cases for largely the same reasons identified in those briefs. The Lloyd's cases involve common factual questions, consolidation would promote judicial efficiency and avoid inconsistent rulings, and any individual issues would not undermine the efficiency gains.

The Southern District of New York is the most appropriate forum for the consolidated actions. Relevant factors for selecting a transferee forum include the congestion and bandwidth of the potential transferee districts, the ease of access to the potential transferee districts, and the availability of experienced and skilled jurists. *See, e.g.*, *In re Fisher-Price Rock 'N Play Sleeper Mktg., Sales Practices, & Prod. Liab. Litig.*, No. MDL 2903, 2019 WL 4010712, at *2 (J.P.M.L. 2019). Lloyd's' United States headquarters are based in the Southern District of New York, making it the most convenient location for the defendant and the likely location of many of the relevant witnesses. The Southern District of New York also is conveniently located for all parties.

While there are many exceptionally qualified judges in the Southern District of New York, Plaintiff supports consolidation in front of the Hon. Ronnie Abrams. Plaintiff's case is pending in front of Judge Abrams, and the parties already are in the midst of briefing on a motion to dismiss. Moreover, Judge Abrams is not presiding over any MDL, suggesting that she has the bandwidth to handle such a case effectively and expeditiously.

Plaintiff 632 Metacom d/b/a Hometown Tavern requests consolidation before Judge Abrams in the Southern District of New York.

Dated: September 2, 2020                             By:    /s/ Patrick J. Stueve
                                                     Patrick J. Stueve
                                                     STUEVE SIEGEL HANSON LLP
                                                     460 Nichols Road, Suite 200
                                                     Kansas City, Missouri 64112
                                                     Tel.: 816-714-7100
                                                     Fax: 816-714-7101
                                                     stueve@stuevesiegel.com

                                                     *Counsel for these Plaintiff 632 Metacom, Inc.*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on September 2, 2020 via the electronic filing system of the United States Judicial Panel on Multidistrict Litigation, which will automatically serve all counsel of record.

By:  /s/ Patrick J. Stueve